IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WICKIE TUTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08-255 Erie |
| ) | |
| PROSECUTOR'S OFFICE, et al., ) | |
| ) | |
| Respondent. ) | |

**ORDER**

AND NOW, this 2nd day of March, 2010;

Upon consideration of a letter filed by the Petitioner, Wickie Tutt, [Doc. No. 27], which this Court has construed as an appeal of the Magistrate Judge's text Order dated February 18, 2010 granting the Respondent's Motion for Extension of Time to File a Response to an Amended Petition [Doc. No. 24],

It is hereby ORDERED that the Appeal [Doc. No. 27] is DENIED.

s/ Sean J. McLaughlin
United States District Judge